# Court of Appeals, State of Michigan

## ORDER

Charnita Sadler v City of Detroit

Docket No.   336117

LC No.   16-010827-NO

Elizabeth L. Gleicher
Presiding Judge

Stephen L. Borrello

Brock A. Swartzle
Judges

The Court orders that the March 1, 2018 opinion is hereby VACATED, and new opinions are attached.

A true copy entered and certified by Jerome W. Zimmer Jr., Chief Clerk, on

MAR 0 6 2018
_____
Date

_____
Chief Clerk